# __EXHIBIT A__

1  BENJAMIN E. SHIFTAN, SBN 265767
   (bshiftan@pwfirm.com)
2  **PEARSON WARSHAW, LLP**
   555 Montgomery St., Suite 1205
3  San Francisco, CA 94111
   Telephone: (415) 433-9000
4
5  *Attorneys for Plaintiffs and the Putative Classes*
6
7  ### THE UNITED STATES DISTRICT COURT
   ### FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  BRITTANY BOUNTHON, VIVIANNA          CASE NO.
   RIVERA and GINA ALLEN, individually and
10 on behalf of all others similarly situated,    **CLASS ACTION**
11
                                       **DECLARATION OF BENJAMIN E.**
12              Plaintiffs,            **SHIFTAN IN SUPPORT OF PLAINTIFFS'**
                                       **SELECTION OF VENUE FOR TRIAL OF**
13       v.                           **CLAIMS ARISING UNDER THE**
                                       **CALIFORNIA CONSUMERS LEGAL**
14 THE PROCTER & GAMBLE COMPANY,       **REMEDIES ACT**
15
                Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94104

VENUE DECLARATION

I, BENJAMIN E. SHIFTAN, declare as follows:

1.     I am a partner in the law firm of Pearson Warshaw, LLP, co-counsel for Plaintiffs in the above-captioned action. I am admitted to practice before this Court, and I am a member in good standing of the bar of the State of California. Based on personal knowledge, I could and would competently testify to the matters stated herein.

2.     Pursuant to California Civil Code section 1780(d), this Declaration is submitted in support of Plaintiffs' selection of venue for the trial of Plaintiffs' cause of action alleging violation of California's Consumers Legal Remedies Act.

3.     This is a putative class action based upon false advertising pertaining to Tampax-branded Pure Cotton tampons. As alleged in the complaint, Plaintiff Brittany Bounthon purchased the products at issue at various times recently, including in May 2022 from Target in Dublin, California, in June 2022 from Target in Emeryville, California, and in January 2023 from Target in San Francisco, California, and Defendant does business in this District.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on February 21, 2023 in San Francisco, California.

_/s/ Benjamin E. Shiftan_
Benjamin E. Shiftan