**SQUIRE PATTON BOGGS (US) LLP**
Adam R. Fox (State Bar # 220584)
adam.fox@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California  90071
Telephone:  +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorney for Defendant
The Procter & Gamble Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BOUNTHON, VIVIANNA RIVERA, and GINA ALLEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 3:23-cv-00765-JCS<br><br>**STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

  Pursuant to Civil L.R. 6-1(a), Plaintiffs Brittany Bounthon, Vivianna Rivera, and Gina Allen ("Plaintiffs") and Defendant The Procter & Gamble Company ("P&G") (together with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

  WHEREAS, on February 21, 2023, Plaintiffs initiated this action against P&G [ECF 1];

  WHEREAS, on February 24, 2023, P&G was served with Plaintiffs' Complaint;

  WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(B), P&G's deadline to respond to the Complaint is currently March 17, 2023;

WHEREAS, the Parties have agreed to, and hereby stipulate to, a brief extension to and including April 14, 2023 for P&G to respond to the Complaint;

WHEREAS, good cause exists for the requested extension, no party will be prejudiced, and the short extension will not unduly delay the case;

WHEREAS, no prior extension of P&G's deadline to respond to the Complaint has been sought;

WHEREAS, the Court has not entered a scheduling order pursuant to Fed. R. Civ. P. 16 and as such, the requested extension will not affect any other case deadlines;

NOW, THEREFORE, pursuant to Civil L.R. 6-1(a), the Parties hereby stipulate that:

1. P&G shall file its response to the Complaint on or before April 14, 2023.

Dated: March 6, 2023          **SQUIRE PATTON BOGGS (US) LLP**

By:/s/ *Adam R. Fox*
             Adam R. Fox

Attorney for Defendant The Procter & Gamble Company

Dated: March 6, 2023          **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**

By: */s/ Rachel Soffin*
             Rachel Soffin

Attorney for Plaintiffs Brittany Bounthon, Vivianna Rivera, and Gina Allen