**1** BENJAMIN E. SHIFTAN (Bar No. 265767)
bshiftan@pwfirm.com
**2** **PEARSON WARSHAW, LLP**
**3** 555 Montgomery Street, Suite 1205
San Francisco, California 94111
**4** Telephone: (415) 433-9000
Facsimile: (415) 433-9008
**5**
*Attorneys for Plaintiffs*

**6**

**7**

**8**
# UNITED STATES DISTRICT COURT
**9**
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
**10**

**11**

| | |
|---|---|
| **12** BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN, individually and **13** on behalf of all others similarly situated, | CASE NO. 3:23-cv-00765-RS |
| **14** Plaintiffs, | **STIPULATION AND ORDER REGARDING AMENDED COMPLAINT, RESPONSIVE PLEADING, AND BRIEFING SCHEDULE** |
| **15** v. | |
| **16** THE PROCTER & GAMBLE COMPANY, | **CLASS ACTION** |
| **17** Defendant. | |

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

**STIPULATION**

Plaintiffs BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN ("Plaintiffs") and Defendant THE PROCTER & GAMBLE COMPANY ("Defendant") enter into this stipulation regarding Plaintiffs' response to Defendant's motion to dismiss and the schedule flowing therefrom:

1. The parties previously stipulated to extend Defendant's time to respond to the complaint to April 14, 2023. ECF No. 15.

2. On April 14, 2023, Defendant filed a motion to dismiss Plaintiffs' complaint. ECF No. 25.

3. Due to Plaintiffs' counsel's scheduling constraints and in order to allow Plaintiffs to fully evaluate Defendant's arguments in its motion to dismiss, the parties have stipulated that Plaintiffs' opposition to Defendant's motion to dismiss and/or Plaintiffs' first amended complaint shall be due on May 26, 2023. The motion to dismiss hearing currently set for May 25, 2023 shall be vacated.

4. If Plaintiffs file an opposition to the motion to dismiss (instead of filing a first amended complaint), then Defendant's reply in support of the motion to dismiss shall be due on June 23, 2023 and the parties will confer about a proposed hearing date for the motion to dismiss.

5. If Plaintiffs file a first amended complaint (instead of opposing the motion to dismiss), then Defendant's responsive pleading to the first amended complaint shall be due on June 23, 2023. If Defendant opts to file a motion to dismiss the first amended complaint, then the parties have agreed that Plaintiffs' opposition to that motion to dismiss would be due on July 21, 2023 and Defendant's reply in support of that motion to dismiss would be due on August 4, 2023.

6. No party will be prejudiced by these short extensions and the short extensions will not cause undue delay.

| | | |
|---|---|---|
| 1 | DATED:  April 20, 2023 | **PEARSON WARSHAW, LLP** |
| 2 | | |
| 3 | | By:   */s/ Benjamin E. Shiftan* |
| 4 | | BENJAMIN E. SHIFTAN |
| 5 | | Attorneys for Plaintiffs BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN |
| 6 | | |
| 7 | DATED:  April 20, 2023 | **SQUIRE PATTON BOGGS (US) LLP** |
| 8 | | |
| 9 | | By:   */s/ Adam R. Fox* |
| 10 | | ADAM R. FOX |
| 11 | | Attorney for Defendant THE PROCTER & GAMBLE COMPANY |

### FILER'S ATTESTATION

I, Benjamin E. Shiftan, am the ECF user whose identification and password are being used to file this document. I hereby attest that the counsel listed above concur in this filing.

Dated:  April 20, 2023        */s/ Benjamin E. Shiftan*
                                                  Benjamin E. Shiftan

**ORDER**

Pursuant to the parties' Stipulation:

- Plaintiffs' opposition to Defendant's motion to dismiss and/or Plaintiffs' first amended complaint shall be due on May 26, 2023. The motion to dismiss hearing currently set for May 25, 2023 shall be vacated.

- If Plaintiffs file an opposition to the motion to dismiss (instead of filing a first amended complaint), then Defendant's reply in support of the motion to dismiss shall be due on June 23, 2023 and the parties will confer about a proposed hearing date for the motion to dismiss.

- If Plaintiffs file a first amended complaint (instead of opposing the motion to dismiss), then Defendant's responsive pleading to the first amended complaint shall be due on June 23, 2023. If Defendant opts to file a motion to dismiss the first amended complaint, then the parties have agreed that Plaintiffs' opposition to that motion to dismiss would be due on July 21, 2023 and Defendant's reply in support of that motion to dismiss would be due on August 4, 2023.

**IT IS SO ORDERED.**

Date: April 20, 2023

Hon. Richard Seeborg
United States District Court Judge