RACHEL SOFFIN (*Pro Hac Vice*)
   rsoffin@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, LLP**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | CASE NO. 3:23-cv-00765-AMO<br><br>**JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT**<br><br>**CLASS ACTION** |

Pursuant to the Court's Order on January 30, 2024 (ECF No. 64), Plaintiffs BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN ("Plaintiffs") and Defendant THE PROCTER & GAMBLE COMPANY ("Defendant" and together with Plaintiffs, the "Parties") hereby file this joint stipulation selecting March 21, 2024, for the Initial Case Management Conference.

DATED: February 2, 2024

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**

By: ____/s/ Rachel Soffin____
RACHEL SOFFIN

Attorney for Plaintiffs BRITTANY BOUNTHON, VIVIANNA RIVERA and GINA ALLEN

DATED: February 2, 2024

**SQUIRE PATTON BOGGS (US) LLP**

By: ____/s/ Adam R. Fox____
ADAM R. FOX
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
adam.fox@squirepb.com

Attorney for Defendant THE PROCTER & GAMBLE COMPANY

**FILER'S ATTESTATION**

I, Rachel Soffin, am the ECF user whose identification and password are being used to file this document. I hereby attest that the counsel listed above concur in this filing.

Dated: February 2, 2024

____/s/ Rachel Soffin____
Rachel Soffin