UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BOUNTHON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | Case No. 23-cv-00765-AMO <br><br> **ORDER SETTING BRIEFING SCHEDULE; STAYING CASES** |

The Court held a case management conference in this matter on March 21, 2024. Having revisited the briefing schedule previewed for the parties during the conference, and in light of counsel's representations – particularly Edgewell's counsel's – as to their views about the efficient management of the parallel cases that are currently pending, the Court hereby stays *Lowe v. Edgewell Personal Care Company*, No. 23-cv-00834-AMO (N.D. Cal. filed Feb. 24, 2023), and *Mack v. Edgewell Personal Care Company*, No. 23-cv-00837-AMO (N.D. Cal. filed Feb. 24, 2023).

The parties in *Bounthon v. Procter & Gamble Company*, No. 23-cv-00765-AMO (N.D. Cal. filed Feb. 21, 2023) shall proceed with briefing the upcoming motion to dismiss on the following schedule: Procter & Gamble shall file its motion to dismiss on **April 11, 2024**. Plaintiffs shall file their opposition by **April 25, 2024**. Procter & Gamble shall file its reply on **May 2, 2024**.

//

//

//

//

The parties' briefing shall adhere to the requirements set forth in the local rules and in the Court's Standing Order for Civil Cases. The Court may summarily strike any non-compliant filings.

**IT IS SO ORDERED.**

Dated: March 21, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**