UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BOUNTHON, ET AL., | Case No. 3:23-cv-00765-AMO |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| v. | |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | Judge: Honorable Araceli Martínez-Olguín<br>Date: February 6, 2025<br>Time: 2:00 PM |

# [PROPOSED] ORDER

This matter comes before the Court upon the Motion to Dismiss Plaintiffs' Third Amended Complaint filed by Defendant The Procter & Gamble Company ("P&G"). Having reviewed and considered the parties' respective papers and all other matters presented to the Court, and good cause appearing, IT IS HEREBY ORDERED:

P&G's Motion to Dismiss is GRANTED; and Plaintiffs' Third Amended Complaint is DISMISSED in its entirety with prejudice.

**IT IS SO ORDERED,** this _____ day of _____, 2025.

_____

Honorable Araceli Martínez-Olguín
United States District Judge