UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BOUNTHON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Case No. 23-cv-00765-AMO<br><br>**JUDGMENT** |

On July 7, 2025, the Court **GRANTED** Defendant's motion to dismiss **WITHOUT LEAVE TO AMEND**. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 7, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**